## IN THE MATTER OF JAMES FIG, A SOLDIER

PAPERS IN FILE (1815): (1) Petition for habeas corpus, allowance; (2) writ of habeas corpus; (3) return; (4) decision.